# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

ERNEST RENEY, PAUL RENEY,
PATRICIA JOHNSON, AND
ELIZABETH RENEY

NO. 2021 CW 0747

VERSUS

SHELTON RESTAURANT GROUP,
LLC D/B/A POPEYE'S LOUISIANA
KITCHEN, AND INSURANCE
PROGRAMS OF AMERICA, INC.

**AUGUST 16, 2021**

---

In Re: Shelton Restaurant Group, LLC d/b/a Popeye's Louisiana Kitchen, United Specialty Insurance Company, and Insurance Programs of America, Inc., applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 683,934.

---

**BEFORE: McDONALD, LANIER, AND WOLFE, JJ.**

**WRIT NOT CONSIDERED.** Relator failed to comply with Rule 4-5, Uniform Rules of Louisiana Courts of Appeal, specifically, Rule 4-5 (C)(1), (6), (8) and (11), by not identifying all exhibits including all attachments to pleadings and including them in the index; by failing to include a copy of the signed judgment; by failing to include a copy of each pleading on which the ruling was founded, including relators' reply memorandum to plaintiffs' opposition to applicants' motion for summary judgment; and by failing to include a copy of the signed return date order. Moreover, this court requires a copy of the hearing transcript for a complete review.

Supplementation of this writ application and/or an application for rehearing will not be considered. Rules 2-18.7 and 4-9, Uniform Rules of Louisiana Courts of Appeal.

In the event relators seek to file a new application with this Court, it must contain all pertinent documentation, and must comply with Rule 2-12.2, Uniform Rules of Louisiana Courts of Appeal. Any new application must be filed on or before September 16, 2021, and must contain a copy of this ruling.

**JMM**
**WIL**
**EW**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT